```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13686
   JEFFREY J HUDSON SR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9540


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 10/24/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/25/2008.
---------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED                .00          .00            .00
COOK COUNTY STATES ATTOR  NOTICE ONLY    NOT FILED            .00            .00
DEPT OF WATER             SECURED            710.26           .00          59.19
HOME LOAN SERVICES INC    CURRENT MORTG  13582.67             .00       13582.67
HOME LOAN SERVICES INC    MORTGAGE ARRE   1739.91             .00            .00
JNRC CAPITAL INVESTMENTS  NOTICE ONLY    NOT FILED            .00            .00
THE GALER FIRM PC         NOTICE ONLY    NOT FILED            .00            .00
NATIONAL CITY BANK        CURRENT MORTG   4661.76             .00        4661.76
FIRST FRANKLIN            NOTICE ONLY    NOT FILED            .00            .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED            .00            .00
CREDIT PROTECTION ASSOC   UNSEC W/INTER  NOT FILED            .00            .00
AT&T BROADBAND            NOTICE ONLY    NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    905.64             .00            .00
SUCCESS ENTERPRISES LLC   MORTGAGE ARRE   6231.18             .00            .00
SUCCESS ENTERPRISES LLC   CURRENT MORTG       .00             .00            .00
NATL CITY HM LOAN SERV I  NOTICE ONLY    NOT FILED            .00            .00
TIMOTHY K LIOU            DEBTOR ATTY     1,653.30                       1,468.47
TOM VAUGHN                TRUSTEE                                        1,307.84
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              21,079.93

PRIORITY                                         .00
SECURED                                    18,303.62
UNSECURED                                        .00
ADMINISTRATIVE                              1,468.47
TRUSTEE COMPENSATION                        1,307.84
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 13686 JEFFREY J HUDSON SR
```

```
                                ---------------      ---------------
TOTALS                              21,079.93            21,079.93
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 05/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```